UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>SCOTT J. LAVALLEY,<br><br>    Defendant. | Case No. C 07-4561 M (JL)<br><br>CASE MANAGEMENT CONFERENCE ORDER |

TO ALL PARTIES AND COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT, the above-entitled matter having been referred to the Hon. James Larson for resolution, a Case Management Conference is hereby set for Wednesday, **January 9, 2008 at 10:30 a.m.** in Courtroom F, United States District Court, 450 Golden Gate Avenue, 15th Floor, San Francisco, California 94102.

IT IS SO ORDERED.

Date: October 30, 2007

                                                James Larson<br>
                                   United States Magistrate Judge