1  **MICHAEL COSENTINO, SBN 83253**
   **Attorney at Law**
2  **P.O. Box 129**
   **Alameda, CA 94501**
3
   **Telephone: (510) 523-4702**
4
   Attorney for the Plaintiff
5  United States of America

6

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10
   UNITED STATES OF AMERICA,        )    Case No. C07-4561 M (JL)
11                                   )
                    Plaintiff,       )
12                                   )
                                     )
13                                   )    **NOTICE OF SETTLEMENT**
        v.                           )
14                                   )
                                     )
15 SCOTT LAVALLEY,                   )
                                     )
16                  Defendant.       )
   _____ )
17

18     To all Parties and their attorneys of record:

19     <u>NOTICE IS HEREBY GIVEN</u> that the above entitled parties have settled this matter.

20 A stipulation for order dismissing the matter with prejudice will be circulated for signature

21 and filing with the Court shortly.

22

23 Date: January 8, 2008                    S/S
                                            _____
                                            MICHAEL COSENTINO, Counsel
24                                          For United States of America

25

26

27

28

**PROOF OF SERVICE BY MAIL**

I am a citizen of the United States and a resident of the County of Alameda, I am over the age of eighteen and not a party to the within above-entitled action; my business address is P.O. Box 129, Alameda, California, 94501.  On January 8, 2008, I served the attached **NOTICE OF SETTLEMENT** on the parties in said action, by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully pre-paid, in the United States Post Office Box in Alameda California, addressed as follows:

Scott J. LaValley
1965 Yosemite Street
Seaside, CA 93955

I certify under penalty of perjury that the foregoing is true and correct.

Executed on January 8, 2008, in Alameda, California.

                     S/S
                     Michael Cosentino

2