1 | **MICHAEL COSENTINO, SBN 83253**
**Attorney at Law**
2 | **P.O. Box 129**
**Alameda, CA 94501**
3 |
**Telephone: (510) 523-4702**
4 |
Attorney for the Plaintiff
5 | United States of America

6 |

7 |

8 | UNITED STATES DISTRICT COURT

9 | NORTHERN DISTRICT OF CALIFORNIA

10 | UNITED STATES OF AMERICA,                    )    Case No. C07-4561 M (JL)
11 |                            Plaintiff,        )
12 |                                              )
                                                 )    STIPULATION FOR DISMISSAL
13 |          v.                                  )    WITH   PREJUDICE AND
                                                 )    ORDER THEREON
14 |                                              )    Rule 41(a) FRCP
     SCOTT LAVALLEY,                              )
15 |                            Defendant.        )
16 | _____ )

17 |        IT IS HEREBY STIPULATED by and between Plaintiff, United States of America,

18 | and Defendant, SCOTT LAVALLEY, that in accordance with the provisions of Title 28

19 | U.S.C. Section 636(c) THE PARTIES HEREBY VOLUNTARILY WAIVE THEIR RIGHTS

20 | to proceed before a judge of the United States District Court and consent to have a United

21 | States magistrate judge conduct any and all further proceedings in the case, including trial,

22 | and order the entry of a final judgment. It is understood that any appeal from a judgment

23 | entered by a magistrate judge will be taken directly to the Ninth Circuit of the United States

24 | Court of Appeals in the same manner as an appeal from any other judgment of a District

25 | Court.

26 |        IT IS HEREBY FURTHER STIPULATED that the above entitled matter be

27 | ///

28 | ///

1    dismissed with prejudice.

2

3    Dated: 1/9/08

4                                              By: SCOTT LAVALLEY
                                               Defendant
5
     Dated: January 8, 2008
6                                              MICHAEL COSENTINO
                                               Counsel for the United States
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                                                        2