MICHAEL COSENTINO, SBN 83253
Attorney at Law
P.O. Box 129
Alameda, CA 94501

Telephone: (510) 523-4702

Attorney for the Plaintiff
United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>SCOTT LAVALLEY,<br><br>　　　　　　Defendant. | Case No. C07-4561 M (JL)<br><br>STIPULATION FOR DISMISSAL WITH  PREJUDICE AND ORDER THEREON<br>Rule 41(a) FRCP |

　　　IT IS HEREBY STIPULATED by and between Plaintiff, United States of America, and Defendant, SCOTT LAVALLEY, that in accordance with the provisions of Title 28 U.S.C. Section 636(c) <u>THE PARTIES HEREBY VOLUNTARILY WAIVE THEIR RIGHTS</u> to proceed before a judge of the United States District Court and consent to have a United States magistrate judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment.  It is understood that any appeal from a judgment entered by a magistrate judge will be taken directly to the Ninth Circuit of the United States Court of Appeals in the same manner as an appeal from any other judgment of a District Court.

　　　IT IS HEREBY FURTHER STIPULATED that the above entitled matter be

///

///

dismissed with prejudice.

Dated: 1/9/08

By: SCOTT LAVALLEY
Defendant

Dated: January 8, 2008

MICHAEL COSENTINO
Counsel for the United States

January 14, 2008

IT IS SO ORDERED
Judge James Larson
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

2